

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

April 2, 2025

<u>Via CM/ECF</u>
Hon. Leda D. Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**SO ORDERED.**
*s/ Leda Dunn Wettre, U.S.M.J.*
**Dated:** _____4/3/2025_____

Re:   <u>Lee v. Nissirios, et al.</u>
      <u>Docket No. 2:25-cv-1295 (JKS-LDW)</u>

Dear Judge Wettre,

The undersigned represents Defendant, the Hon. Michael Antoniewicz, J.S.C., in the above-referenced matter. Judge Antoniewicz, through the undersigned, respectfully requests a thirty (30) day extension of time to respond to Plaintiff's Complaint. Counsel for Plaintiff, Bruce Fein, Esq. (pro hac vice application pending) has consented to this request.

Judge Antoniewicz was served on March 4, 2025. He then filed and received a Clerk's Extension, pushing the deadline to respond to April 8, 2025. Judge Antoniewicz seeks an additional 30 days, which, if granted, would make the new deadline May 8, 2025. Again, Plaintiff's counsel has consented to this request.

We thank the Court for its time and consideration of this matter.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   */s/ Jacob N. Stockton*

Jacob N. Stockton
Deputy Attorney General

c: (via CM/ECF)
Demetrios K. Stratis, Esq.
Bruce Fein, Esq.
Mark A. Trokan, Esq.

