

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

May 9, 2025

<u>Via CM/ECF</u>
Hon. Leda D. Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

<div style="border:1px solid black;">

**SO ORDERED.**

*s/ Leda Dunn Wettre, U.S.M.J.*

Dated: _____5/12/2025_____

</div>

Re:    Bandy Lee v. Evelyn Nissirios, et al.
<u>Docket No. 2:25-cv-1295 (JKS-LDW)</u>

Dear Judge Wettre,

I represent Defendants, the Hon. Michael Antoniewicz, J.S.C. and the Hon. Jane Gallina-Mecca, J.S.C., in the above referenced matter.  Currently, Judge Antoniewicz's time to respond to the Amended Complaint is May 13, 2025, and Judge Gallina-Mecca's is June 28, 2025.  I write to request that both Judge Antoniewicz and Judge Gallina-Mecca be permitted to jointly respond by June 28, 2025.

On April 29, 2025, Plaintiff filed an Amended Complaint, naming Judge Gallina-Mecca as an additional defendant.  Judge Gallina-Mecca formally waived service on April 29, setting her responsive pleading deadline for June 28.   Meanwhile, Judge Antoniewicz's responsive pleading was originally due by May 8, but was then extended to May 13, due to the filing of the Amended Complaint.  Permitting the Judges to jointly respond to the Amended Complaint will be economical for the parties and the Court. Co-counsel for Plaintiff, Bruce Fein, Esq., has consented to this request.   We thank the Court for its time and consideration of this matter.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   */s/ Jacob N. Stockton*
Jacob N. Stockton
Deputy Attorney General



c: (via CM/ECF)
 Demetrios K. Stratis, Esq.
 Bruce Fein, Esq.
 Mark A. Trokan, Esq.