

# ORDER

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

July 25, 2025

<u>Via CM/ECF</u>
Hon. Leda D. Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**SO ORDERED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Dated: July 28, 2025

Re:   <u>Lee v. Nissirios, et al.</u>
       <u>Docket No. 2:25-cv-1295 (JKS-LDW)</u>

Dear Judge Wettre,

The undersigned represents Defendants, the Hon. Michael Antoniewicz, J.S.C. and Hon. Jane Gallina-Mecca, P.J.F.P. ("Judiciary Defendants") in the above-referenced matter. On June 30, 2025, Judiciary Defendants filed a Motion to Dismiss. *See* ECF No. 26. This motion was set for August 4, 2025, and therefore, Judiciary Defendants' reply brief is due on July 28, 2025. Judiciary Defendants respectfully request a 21-day extension of time to file their reply brief on or before August 18, 2025. Plaintiff, though her attorney, Bruce Fein, Esq., has consented to this request.

We thank the Court for its time and consideration of this matter.

Respectfully,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   */s/ Jacob N. Stockton*

Jacob N. Stockton
Deputy Attorney General

c: (via CM/ECF)
Demetrios K. Stratis, Esq.
Bruce Fein, Esq.
Mark A. Trokan, Esq.



HUGHES JUSTICE COMPLEX · TELEPHONE: (609) 376-2440  FAX: (609) 777-3607
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*