# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANDY X. LEE,<br><br>    Plaintiff,<br><br>v.<br><br>EVELYN NISSIRIOS, *et al.*,<br><br>    Defendants. | Civil Action No.<br><br>25-1295 (JKS) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of plaintiff Bandy Lee's Motion to Amend the operative pleading to delete (1) the request for nominal damages against defendants Judge Michael Antoniewicz and Judge Jane Gallina-Mecca in paragraph (d) of the prayer for relief, and (2) the request for injunctive relief against Judge Antoniewicz in paragraph (b) of the prayer for relief (ECF 32); and there being no opposition to this motion; and for good cause shown;

**IT IS** on this day, August 11, 2025, **ORDERED** that:

1. Plaintiff's Motion to Amend is **GRANTED**.

2. That part of paragraph (b) of the prayer for relief in the Amended Complaint (ECF 17) seeking to enjoin Co-Defendant Antoniewicz from enforcing the TPO is hereby **STRICKEN**.

3. That part of paragraph (d) of the prayer for relief in the Amended Complaint (ECF 17) seeking an award of nominal damages against Co-Defendant Antoniewicz and Co-Defendant Gallina-Mecca is hereby **STRICKEN**.

4. The Clerk of Court is directed to terminate the motion at ECF 32.

   *s/ Leda Dunn Wettre*        <br>
Hon. Leda Dunn Wettre<br>
United States Magistrate Judge