<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BANDY X. LEE,<br><br>    *Plaintiff*,<br><br>        v.<br><br>EVELYN NISSIRIOS, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-01295<br><br>**ORDER**<br><br>December 29, 2025 |

**SEMPER**, District Judge.

      The current matter comes before the Court on Defendant Evelyn Nissirios's motion to dismiss the Amended Complaint (ECF 17, "Amended Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF 23) and Defendants the Hon. Michael Antoniewicz, J.S.C.'s and the Hon. Jane Gallina-Mecca, P.J.F.P's (the "Judicial Defendants") motion to dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (ECF 26). Plaintiff Bandy X. Lee ("Plaintiff") opposed Defendants' motions. (ECF 25; ECF 31.) Defendants filed briefs in reply. (ECF 28; ECF 37.) Also before the Court is Defendant Nissirios's motion for sanctions. (ECF 29.) Plaintiff filed an opposition to the motion for sanctions (ECF 30), and Nissirios filed a reply in further support of the motion for sanctions (ECF 35). The Court reviewed all submissions in support and in opposition and decided the motions without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the Court's December 29, 2025 opinion,

      **IT IS**, on this 29th day of December 2025,

**ORDERED** that Defendant Evelyn Nissirios's motion to dismiss the Amended Complaint (ECF 23) is **GRANTED**; and it is further

**ORDERED** that the Judicial Defendants' motion to dismiss the Amended Complaint (ECF 26) is **GRANTED**; and it is further

**ORDERED** that Counts 1, 2, and 3 of the Amended Complaint (ECF 17) are **DISMISSED with prejudice**; and it is further

**ORDERED** that Count 4 of the Amended Complaint (ECF 17) is **DISMISSED without prejudice**; and it is further

**ORDERED** that Plaintiff shall have thirty (30) days from the entry of this Order to file an amended complaint; and it is further

**ORDERED** that Defendant Evelyn Nissirios's motion for sanctions (ECF 29) is **DENIED** without prejudice to renew the motion.

_/s/ Jamel K. Semper_
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:    Clerk
cc:       Leda D. Wettre, U.S.M.J.
           Parties

2