



**State of New Jersey**

| MIKIE SHERRILL<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | JENNIFER DAVENPORT<br>Acting *Attorney General* |
|---|---|---|
| DR. DALE G. CALDWELL<br>*Lt. Governor* | | MICHAEL C. WALTERS<br>*Director* |

February 2, 2026

<u>Via CM/ECF</u>
Hon. Leda D. Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**SO ORDERED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

**Dated: February 3, 2026**

Re:  <u>Bandy X. Lee v. Evelyn Nissirios, et al.</u>
     Docket No. 2:25-cv-1295 (JKS-LDW)

<u>Letter Requesting a 30-day Extension to Move, Answer, or Otherwise Respond to SAC</u>

Dear Judge Wettre,

The undersigned represents Defendant, the Hon. Jane Gallina-Mecca, P.J.F.P., in the above-referenced matter. Judge Gallina-Mecca, through the undersigned, respectfully requests a seven (7)-day extension of time from February 5, 2026, to move, answer, or otherwise respond to Plaintiff's Second Amended Complaint filed on January 8, 2026. *See* ECF No. 40. Counsel for Plaintiff, Bruce Fein, Esq. (pro hac vice), has graciously consented to this request.

If this request is granted, the response to Plaintiff's SAC would be due on or before February 12, 2026. We thank the Court for its time and consideration of this matter.

JENNIFER DAVENPORT
ACTING ATTORNEY GENERAL OF NEW JERSEY

By:  */s/ Jacob N. Stockton*
     Jacob N. Stockton
     Deputy Attorney General

c: (via CM/ECF)
   Demetrios K. Stratis, Esq.
   Bruce Fein, Esq.

