**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BANDY X. LEE,<br>*Plaintiff*,<br>v.<br>EVELYN F. NISSIRIOS, *et al.*,<br>*Defendants*. | Civil Action No. 25-1295<br>**ORDER**<br>September 9, 2026 |

**SEMPER**, District Judge.

**THIS MATTER** having come before the Court upon Defendant the Honorable Jane Gallina-Mecca, P.J.F.P.'s Motion to Dismiss Plaintiff Bandy Lee's Second Amended Complaint, (ECF 45, "Motion"), and this Court having decided the Motion upon the submissions of the parties, without oral argument, pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1, and for the reasons stated in this Court's Opinion dated September 9, 2026;

**IT IS** on this **9th** day of **September 2026**, hereby:

1. **ORDERED** that Defendant's Motion (ECF 45) is **GRANTED**, Plaintiff's Second Amended Complaint (ECF 42) is **DISMISSED** with prejudice, and it is further
2. **ORDERED** that the Clerk of the Court shall mark this case **CLOSED**.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc: Leda D. Wettre, U.S.M.J.
Parties